UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ALLYSON MARIE KEMP,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C09-1653-RSM-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including April 30, 2010, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including May 14, 2010, to file an optional reply brief.

DATED this <u>26th</u> day of April, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Page 1       ORDER - [C09-1653-MAT]

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA          WSB # 27609
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98105-7075
Telephone:  (206) 615-2143
FAX:  (206) 615-2531
terrye.shea@ssa.gov